1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY R. SANDERS, | ) | No. C 13-0861 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

11

12

13

14

15

16

17     On February 26, 2013, Plaintiff, proceeding *pro se*, filed a letter which commenced this

18   action.  The same day, the Clerk notified Plaintiff that he had not paid the filing fee, nor had he

19   filed an application to proceed in forma pauperis ("IFP").  The Clerk also notified Plaintiff that

20   he failed to submit a complaint.  Along with the deficiency notices, Plaintiff was provided with a

21   new IFP application and instructions for completing it.  Plaintiff was further cautioned that his

22   failure to either file a completed IFP application or pay the filing fee within thirty days would

23   result in the dismissal of this action.  In addition, Plaintiff was advised that his failure to file a

24   complaint within thirty days would result in the dismissal of this action.  To date, Plaintiff has

25   not paid his filing fee, filed a completed IFP application, or filed a complaint.

26     Thus, the instant action is DISMISSED without prejudice.  The Clerk shall enter

27   judgment and close the file.  The Clerk is also directed to send an electronic copy of Plaintiff's

28

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.13\Sanders861disifpcomp.wpd

1   original letter (Doc. No. 1), and a copy of this order to the courtroom deputy of Judge Thelton

2   Henderson.

3       IT IS SO ORDERED.

4   DATED:   4/8/13

    _____
    LUCY H. KOH
5   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.13\Sanders861disifpcomp.wpd   2